| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
|   | DALE E. BARNES (SBN 99273) |
| 2 | STEPHANIE L. THOMASES (SBN 197257) |
|   | KRISTEN A. PALUMBO (SBN 215857) |
| 3 | Three Embarcadero Center |
|   | San Francisco, CA  94111-4067 |
| 4 | Telephone:  (415) 393-2000 |
|   | Facsimile:  (415) 393-2286 |
| 5 | email:  dale.barnes@bingham.com |
|   |          stephanie.thomases@bingham.com |
| 6 |          kristen.palumbo@bingham.com |
| 7 | Attorneys for Defendant |
|   | KPMG LLP |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM M. HAWKINS III, | Case No. C 05-04763 MHP |
| Plaintiff, | **STIPULATED REQUEST FOR ORDER CHANGING TIME;** |
| v. | ~~[PROPOSED]~~ **ORDER CHANGING TIME** |
| KPMG LLP, a limited liability partnership, HARVEY ARMSTRONG, an individual, QUELLOS GROUP LLC, a Delaware limited liability company, and DOES 1 through 20, inclusive, | |
| Defendants. | |

Plaintiff William M. Hawkins III and Defendants KPMG LLP and Harvey Armstrong, by and through their respective counsel of record, hereby agree and stipulate as follows:

WHEREAS, on July 15, 2005, Plaintiff filed his complaint in the Superior Court for the State of California, County of San Mateo;

WHEREAS, on September 12, 2005, Plaintiff served the complaint on

1  Defendants KPMG, Harvey Armstrong and Quellos Group LLC;

2  WHEREAS, on November 21, 2005, Defendant KPMG filed a Notice of
3  Removal, thereby removing the complaint from state court to this Court;

4  WHEREAS, pursuant to Rule 81(c) of the Federal Rules of Civil Procedure,
5  Defendants KPMG's and Harvey Armstrong's responses to the complaint are currently due on
6  November 30, 2005;

7  WHEREAS, Defendant KPMG is a party to a class action settlement involving
8  the subject matter of this action, which was preliminarily approved on Friday, October, 31, 2005
9  in the United States District Court for the District of New Jersey;

10  WHEREAS, Plaintiff has until December 12, 2005 to opt out of the class action
11  settlement;

12  WHEREAS, Plaintiff is enjoined from prosecuting this action against KPMG and
13  Mr. Armstrong unless and until he opts out of the class action;

14  WHEREAS, Plaintiff is considering amending his complaint if he opts out of the
15  class action;

16  WHEREAS, the parties to this stipulation have not previously sought an order
17  changing time from this Court; and

18  WHEREAS, the changes of time set forth below may assist the efficient
19  administration of justice and should not affect the schedule for this case.

20  NOW THEREFORE, subject to the Court's approval:

21  1.  Plaintiff may file an amended complaint on or before December 29, 2005;
22      and
23  2.  Defendants KPMG's and Armstrong's responses to the operative
24      complaint must be filed on or before January 9, 2006.

25  **IT IS SO STIPULATED.**

26

STIPULATED REQUEST FOR ORDER CHANGING TIME;
[PROPOSED] ORDER CHANGING TIME

1  DATED:  November 29, 2005

2                                          BINGHAM McCUTCHEN LLP

3

4                                          By:      /s/
5                                              Stephanie L. Thomases
                                               Attorneys for Defendant
6                                                    KPMG LLP

7  DATED: November 29, 2005

8                                          LONG & LEVIT LLP

9

10                                         By:      /s/
                                               Howard M. Garfield
11                                             Attorneys for Defendant
                                                 Harvey Armstrong
12

13  DATED:  November 29, 2005

14                                         BERGESON, LLP

15

16                                         By:      /s/
                                                 Hway-Ling Hsu
17                                             Attorneys for Plaintiff
                                              William M. Hawkins III
18

19

20  **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

21
    11/29/2005
22  DATED:  November ___, 2005

23                                         _____
24                                         Honorable Marilyn H. Patel
                                           United States District Judge
25

26

3

STIPULATED REQUEST FOR ORDER CHANGING TIME;
[PROPOSED] ORDER CHANGING TIME

PA/52173716.1